

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:17CR39 |
| | § | Judge Mazzant |
| ANTHONY SHELTON | § | |

## FACTUAL BASIS

IT IS HEREBY STIPULATED by **Anthony Shelton**, defendant herein, that the following facts are true and correct, and that he understands and agrees, with the express consent of his counsel, **Scott H. Palmer**, that this factual basis may be used by the Court to determine whether his plea is voluntary and knowing and by the probation officer and Court to determine an appropriate sentence for the offense to which he is pleading guilty:

1. On January 17, 2017, at approximately 9:00 p.m., officers with the Plano Police Department responded to an aggravated robbery call at a residence located in Plano, Texas, Eastern District of Texas. The victim informed officers that three black male suspects, armed with weapons, had entered his residence through the front door. The suspects were later identified as **Anthony Shelton**, Nigel Garrett, and Chancler Gerrard Encalade, Jr.

2. Encalade struck the victim with a metal bar, while another coconspirator brandished a firearm. **Shelton**, Garrett, and Encalade willfully assaulted the victim by hitting and punching him, causing bodily injury to his head and chest area. The victim's eyes, hands and feet were bound with duct tape, and he was seized and held against his will for the purpose of

burglarizing the victim's home and stealing the victim's motor vehicle. During the assault and home invasion, **Shelton**, Garrett, and Encalade demanded cash, jewelry and electronics from the victim, and made derogatory statements about the victim's sexual orientation, and willfully caused the victim bodily injury because of the victim's actual or perceived sexual orientation.

3. During the course of the investigation, it was determined that the defendants used Grindr, a website-based cellular phone application ("app"), which is used as a social media dating app for gay men, to arrange the entry into the victim's residence. The defendants utilized a channel, facility, and instrumentality of interstate commerce, the app and the internet, to commit the crime.

4. I, **Anthony Shelton**, along with Nigel Garrett and Chancler Gerrard Encalade, Jr., willfully caused bodily injury to the above described victim because of the victim's perceived actual or perceived sexual orientation and seized and held the victim against his will for the purpose of burglarizing the victim's home and stealing the victim's motor vehicle.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis and acknowledge without reservation that it accurately describes the events and my acts which constitute a violation of 18 U.S.C. §§ 249(a)(2) and 2.

Dated: 8/30/2017

_____
ANTHONY SHELTON
Defendant

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis and have reviewed it with my client, **Anthony Shelton**. Based upon my discussions with my client, I am satisfied that he understands the factual basis.

Dated: 9/6/17

_____
SCOTT H. PALMER
Attorney for Defendant